# UNITED STATES DISTRICT COURT

for the

District of Rhode Island ☑

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 1:21-MJ-82 PAS |
| JONATHAN KING | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: *8/5/21*

*Joseph J. Voccola attorney for Defendant*
_____
*Defendant's signature*

*Joseph J. Voccola*
_____
*Signature of defendant's attorney*

Joseph J. Voccola # 4132
_____
*Printed name and bar number of defendant's attorney*

454 Broadway Prov. R.I. 02905
_____
*Address of defendant's attorney*

Joe Voccola @ JJVlaw.com
_____
*E-mail address of defendant's attorney*

(401) - 751 - 3900
_____
*Telephone number of defendant's attorney*

(401) - 751 - 8983
_____
*FAX number of defendant's attorney*