IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Case No. 1:21-MJ-82 PAS |
| JONATHAN KING | |

ASSENTED TO MOTION
FOR CONTINUANCE AND TO EXCLUDE TIME
UNDER THE SPEEDY TRIAL ACT

The United States moves for

(1) a 45-day continuance for the date within which an indictment or information must be filed against Defendant under 18 U.S.C. § 3161(b), specifically to continue the date from December 14, 2021 to January 28, 2022; and

(2) to exclude the time from December 14, 2021 through January 28, 2022 under the Speedy Trial Act.

The Government will be providing defense counsel with pre-indictment discovery and counsel will be engaging in discussions to determine if a pre-indictment resolution can be reached.

The United States submits that the ends of justice will be served by excluding the aforementioned time and that such ends of justice and interests of Defendant outweigh any interest that the Defendant or the public may have in a speedy indictment and/or trial.

The United States has conferred with Defendant's counsel, who has assented to the granting of this motion.

This is the third motion for a continuance and exclusion sought in this case.

Respectfully submitted,

RICHARD B. MYRUS
Acting United States Attorney



/s/ G. Michael Seaman

G. Michael Seaman
Assistant U.S. Attorney
United States Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000 (office)
George.Seaman@usdoj.gov

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 10, 2021, I caused the Motion to Exclude Time Under the Speedy Trial Act to be filed electronically and it is available for viewing and downloading from the ECF system.

            /s/ G. Michael Seaman

            G. Michael Seaman
            Assistant U. S. Attorney
            United States Attorney's Office
            50 Kennedy Plaza, 8th Floor
            Providence, RI 02903
            Phone: (401) 709-5000
            Email: George.seaman@usdoj.gov